AULTMAN *et al.* v. NATIONAL BANK OF TIFTON *et al.*

FISH, C. J. The judge to whom the case, by consent, was submitted for determination without a jury did not err in holding that, under the evidence and the law applicable to the issues involved, the widow and children of the decedent were not entitled to the fund in controversy as a year's support.   *Judgment affirmed. All the Justices concur.*
JULY 18, 1913.

Equitable petition, etc. Before Judge Thomas. Tift superior court. December 16, 1911.

*Perry, Foy & Monk,* for plaintiffs in error.
*Fulwood & Skeen,* contra.